UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 JUL -2 AM 8:28

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.
BY: ___ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE FRANCISCO SANTOS, JR.,

    Defendant.

CASE NO. 12CR2190-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 28, 2012

Barbara L. Major
U.S. Magistrate Judge